IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KERRY DOUGLAS ARMSTRONG §<br>§<br>Petitioner, §<br>§<br>VS. §<br>§   NO. 3-06-CV-0990-P<br>NATHANIEL QUARTERMAN, Director §<br>Texas Department of Criminal Justice, §<br>Correctional Institutions Division §<br>§<br>Respondent. § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this 1st day of November 2006.

*[signature]*
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE